**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Clifford Eaton, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bank of America, N.A. and | ) | Case No. 1:09-cv-006 |
| Chex Systems, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

_____

Before the Court is the plaintiff's "Motion and Order Dismissing Named Defendant Chex Systems, Inc." filed on June 6, 2009. <u>See</u> Docket No. 13. The plaintiff requests a dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court **GRANTS** the plaintiff's motion and **ORDERS** that the action be dismissed as to Chex Systems, Inc., with prejudice and without costs pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated this 8th day of June, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court